UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN BROSNAN, an individual; SHELLPOINT MORTGAGE SERVICING, a California corporation; SHELLPOINT MORTGAGE SERVICING, LLC, a California limited liability company; and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-8822-MWF (MAA)<br><br>**PRELIMINARY INJUNCTION AGAINST DEFENDANTS JOHN BROSNAN, SHELLPOINT MORTGAGE SERVICING, AND SHELLPOINT MORTGAGE SERVICING, LLC**<br><br>Hearing Information<br>Date:　January 23, 2023<br>Time:　10:00 a.m.<br>Room:　5A |

　　　　Plaintiff's Motion for Preliminary Injunction (the "Motion") was heard by the Court on **January 23**, **2023**, at 10:00 am. The Court, having fully considered the papers filed in connection with the Motion, and having heard the oral argument at the hearing, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, now rules as follows:

　　　　THE COURT FINDS THAT (1) NewRez has made a clear showing that it is likely to succeed on the merits at trial in this action on several of its claims; (2) unless Defendants' actions are enjoined as requested by NewRez, NewRez will continue to suffer irreparable harm; (3) NewRez would suffer far more harm if the court were to deny injunctive relief than would the Defendants if the injunctive relief is imposed, and the balance of hardships tips sharply in favor of NewRez; and (4) the public interest weighs in favor of granting NewRez's Motion.

IT IS HEREBY ORDERED THAT Defendants John Brosnan, Shellpoint Mortgage Servicing, and Shellpoint Mortgage Servicing, LLC, as well as their officers, agents, servants, employees, attorneys, and all others in active concert or participation with them who receive actual notice of this Preliminary Injunction by personal service or otherwise, are **ORDERED** as follows:

1. **TO REFRAIN** from using or applying to register "Shellpoint Mortgage Servicing" or any confusingly similar designations, as a mark, business name, domain name, email address, or otherwise;

2. **TO REFRAIN** from accepting service of process or other documents intended for NewRez LLC dba Shellpoint Mortgage Servicing, including summonses, complaints, subpoenas, or any other legally-required notices naming or involving NewRez LLC dba Shellpoint Mortgage Servicing;

3. **TO COMPLETE** the necessary documents and secretary of state filings to change the name of the companies within their control from "Shellpoint Mortgage Servicing" and "Shellpoint Mortgage Servicing LLC" to another name that is not identical or confusingly similar, or alternatively, to dissolve such companies, **within 10 days** of entry of this order;

4. **TO IMMEDIATELY RETURN** to NewRez all documents and things that any one of them, or their officers, partners, agents, subcontractors, employees, subsidiaries, successors, assigns, and related companies or entities, has or received that were intended for NewRez. The above documents shall be sent to NewRez's counsel by first-class mail or other mutually agreeable method, at the following address:

Natalie L. Winslow, Akerman LLP,
1635 Village Center Circle, Suite 200,
Las Vegas, Nevada 89144

///
///
///
///
///
///

5. **TO FILE A DECLARATION** by Defendant John Brosnan under penalty of perjury, by **February 6, 2023**, that Defendants have performed each of the affirmative acts required by the Preliminary Injunction. The Declaration shall be served on Plaintiff.

No security bond is necessary.

**IT IS SO ORDERED.**

DATED: **January 30, 2023**

_____
MICHAEL W. FITZGERALD
United States District Judge