UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:22–cv–08822–MWF–MAA               Date   July 12, 2023

Title      NEWREZ LLC ET AL V. JOHN BROSNAN ET AL

---

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

In light of the Default By Clerk entered on July 11, 2023, the Court sets a hearing for Order To Show Cause Re Default Judgment for August 14, 2023 at 11:30 AM. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

**IT IS SO ORDERED.**

Initials of Clerk:  rs