JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BROSNAN, an individual; SHELLPOINT MORTGAGE SERVICING, a California corporation (**Infringing Entity 1**); SHELLPOINT MORTGAGE SERVICING, LLC, a California limited liability company (**Infringing Entity 2**); and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. CV 22-8822-MWF(MAAx)<br><br>**FINAL JUDGMENT AGAINST DEFENDANT JOHN BROSNAN** |

Pursuant to the stipulation by and between plaintiff NewRez LLC dba Shellpoint Mortgage Servicing (**NewRez**) and defendant John Brosnan, the Court, having made no independent findings of fact or conclusions of law, hereby ORDERS as follows:

1. Defendant John Brosnan and any companies within his control are hereby **PERMANENTLY ENJOINED** from using or applying to register "Shellpoint Mortgage Servicing" or any confusingly similar designations, as a mark, business name, domain name, email address, or otherwise;

2. Defendant John Brosnan and any companies within his control are hereby **PERMANENTLY ENJOINED** from accepting service of process or other documents intended for NewRez LLC dba Shellpoint Mortgage Servicing, including but not limited to, summonses, complaints, subpoenas, or any other legally-required notices naming or involving NewRez LLC dba Shellpoint Mortgage Servicing.

3. **Within 5 days** of entry of the Court's Final Judgment, defendant John Brosnan shall complete the necessary documents and secretary of state filings to change the names of the companies within his control from "Shellpoint Mortgage Servicing" to another name that is not identical or confusingly similar, or alternatively, to dissolve such companies.

4. **Within 10 days** of entry of the Court's Final Judgment, John Brosnan shall immediately return to NewRez all documents and things that he, "Shellpoint Mortgage Servicing" (infringing entity 1), "Shellpoint Mortgage Servicing, LLC" (infringing entity 2), any other entities in his control, or any of the foregoing entities' officers, partners, agents, subcontractors, employees, subsidiaries, successors, assigns, and related companies or entities, has or received that were intended for NewRez. The above documents shall be sent to NewRez's counsel by first-class mail or other mutually agreeable method, at the following address: Natalie L. Winslow, Akerman LLP, 1635 Village Center Circle, Suite 200, Las Vegas, Nevada 89144.

///

///

5. **Within 15 days** of entry of the Court's Final Judgment, defendant John Brosnan must file a declaration, under penalty of perjury, that he **(a)** has performed each of the affirmative acts required herein and **(b)** performed, on behalf of "Shellpoint Mortgage Servicing" (infringing entity 1) and "Shellpoint Mortgage Servicing, LLC" (infringing entity 2) each of the affirmative acts required by them in the Court's Final Judgment and permanent injunction entered on July 7, 2023 (ECF No. 51).

6. If **within 15 days** of entry of the Court's Final Judgment, defendant John Brosnan has not performed each of the affirmative acts required herein, he will be liable for monetary sanctions of one thousand dollars ($1,000), to be paid to the Court, per each day thereafter of non-compliance.

This Court shall retain jurisdiction over the enforcement of the terms and conditions of this Final Judgment, thereby enabling the parties to apply to this Court at any time for further orders.

**IT IS SO ORDERED.**

Dated:  September 8, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge